```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

BRANDON E. HACIA,

    Plaintiff,

v.                                     Case No. 8:13-cv-1257-T-33MCR

Commissioner of Social
Security,

    Defendant.
_____/

**ORDER**

This matter is before the Court in consideration of the Report and Recommendation of United States Magistrate Judge Monte C. Richardson (Doc. # 24), filed on May 14, 2014, recommending that the decision of the Commissioner denying benefits be affirmed. On May 28, 2014, Plaintiff Brandon E. Hacia filed an objection to the Magistrate Judge's Report and Recommendation (Doc. # 25), and the Government filed a response to that objection on June 11, 2014 (Doc. # 26). Upon due consideration, the Court overrules Hacia's objection and adopts the Report and Recommendation.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file, and upon due consideration, the Court overrules Hacia's objection, adopts the Report and Recommendation, and affirms the Commissioner's decision. The Report and Recommendation thoughtfully addresses the issues presented, and the objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

2

(1) The Report and Recommendation of United States Magistrate Judge Monte C. Richardson (Doc. # 24) is **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 12th day of June, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record

3